

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Antonio Hiram Santillan, on behalf of all other similarly situated aggrieved employees | Civil Action No.   21-cv-1257-H-KSC |
| **Plaintiff,** | |
| V. | |
| Verizon Connect Inc.,a Delaware corporation;Does 1 to 100, inclusive | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court dismisses the action with prejudice, and no cost shall be awarded other than those specified in this Order or provided by the Settlement Agreement. The Case is closed.

| | |
|---|---|
| Date:       2/14/24 | CLERK OF COURT<br>JOHN MORRILL, Clerk of Court<br>By:  s/  M. Williams |
| | M. Williams, Deputy |